ELLEN M. BYRNE *v.* URA D. TRICE

The defendant's motion to dismiss dated January 24, 1975, is denied.

*Joel J. Rottner,* for the appellee (defendant).

*Ellen M. Byrne,* pro se, the appellant (plaintiff).

Argued March 4—decided April 9, 1975

AYNESSE A. FARRAH ET AL. *v.* BLOOMFIELD STORES, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Raphael Korff,* in support of the petition.

*John H. Goodrich, Jr.,* in opposition.

Submitted April 1—decided April 15, 1975

ROBERT HAGERMAN *v.* STATE OF CONNECTICUT

The "Ex Parte Application for Court Records in Forma Pauperis" filed in this court on April 14, 1975, is dismissed.

*Robert Hagerman,* pro se, on the application.

Submitted April 14—decided April 23, 1975

STATE OF CONNECTICUT *v.* MICHAEL ALSTON

The state's motion to expedite the appeal from the Superior Court in New Haven County pursuant to § 762 of the Practice Book, as amended, is denied without prejudice to a renewal of the motion after the record has been filed.